**CRIMINAL CAUSE**
**FOR PLEADING**

**BEFORE: WEXLER, J.**     **DATE: MAY 18 , 2011**     **TIME:   10:00 A.M.**

**DOCKET #:  CR 02-01171(S-2)**                         **TOTAL TIME: 1 HR**

**TITLE:       USA           V.        KATHLEEN DOMINY (BAIL)**

   **APPEARANCES:**

      **GOV'T:**                          **RICHARD DONOGHUE, AUSA**

       **DEFT**                           **RAYMOND PERINI, ESQ (RET.)**

       **COURT REPORTER:**         **PAUL LOMBARDI**

**CASE CALLED.**
**FIRST APPEARANCE OF DEFT -**
**DEFT APPEAR(S) WITH COUNSEL.**
**DEFT ARRAIGNED.  DEFT SWORN.**
**DEFT INFORMED OF HIS RIGHTS.**
**DEFT STATES TRUE NAMES TO BE: KATHLEEN DOMINY**
**DEFT ENTERS GUILTY PLEA TO COUNT 1 OF THE INDICTMENT.**
**COURT FINDS FACTUAL BASIS FOR THE PLEA.**
**PLEA ACCEPTED.**
**BAIL CONTINUED FOR DEFT.**
**DEFT AND COUNSEL IS DIRECTED TO REPORT TO THE PROBATION**
**DEPARTMENT FOR PREPARATION FOR PSI.**
**SENTENCING DATE TO BE FIXED BY THE PROBATION DEPARTMENT.**