# CRIMINAL CAUSE
# FOR SENTENCING

### ****SEALED****

**BEFORE: WEXLER, J.**     **DATE: November 8, 2011**   **TIME: 10:45 A.M.**

**DOCKET #:** CR 02-1171     Total Hours: .5 hr

**TITLE:**     USA     **V.**     KATHLEEN DOMINY- 01

    **APPEARANCES:**

        **GOV'T:**     RICHARD DONOGHUE , AUSA

        **DEFT**     RAYMOND PERINI , ESQ (RETAINED)

        **COURT REPORTER:**     Dominick Tursi

        **PROBATION:**

**CASE CALLED. DEFT APPEAR(S) WITH COUNSEL. SENTENCING HELD.**

**SENTENCE:** 6 months incarceration, 3 years of Supervised Release. Restitution imposed in the amount of $247,391.06 to be payed to the Clerk of the Court.

**DEFT SENTENCED ON COUNT 1 OF 4 COUNT SUPERCEDING INDICTMENT.**

**SPECIAL ASSESSMENT: $100.00**

**GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS OF THE INDICTMENT AND THE UNDERLYING SUPERCEDING INDICTMENT IS GRANTED BY THE COURT.**

**SPECIAL CONDITIONS OF SUPERVISION: FULL FINANCIAL DISCLOSURE TO THE PROBATION DEPARTMENT.**

**THE COURT RECOMMENDS THE DEFENDANT BE COMMITTED TO ALDERSON PRISON CAMP, VIRGINIA.**

**DEFT TO SURRENDER TO THE DESIGNATED INSTITUTE ON 1/8/12.**