```
                                              FILED
                                        IN CLERK'S OFFICE
                                       DISTRICT COURT E D N Y

UNITED STATES DISTRICT COURT            ★   DEC 21 2011   ★
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X        LONG ISLAND OFFICE
UNITED STATES OF AMERICA,

                    Plaintiff,           O R D E R OF DISMISSAL

        - against -                      CR: 02-01171(S-2) LDW

KATHLEEN DOMINY,

                    Defendant.
---------------------------------------------------X
```

Defendant having been sentenced on November 8, 2011, on Count 1 of the 2nd Superseding Indictment, and the Underlying Indictment remains open, it is hereby,

ORDERED that the captioned indictment against the defendant KATHLEEN DOMINY, be dismissed.

SO ORDERED:

Dated: Central Islip, New York  
      December 21, 2011

_____/s/_____  
LEONARD D. WEXLER  
United States District Judge