DMJ:BTR

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

KATHLEEN DOMINY,

    Defendant.

- - - - - - - - - - - - - - - -X

O R D E R

02 CR 1171 - LDW

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 24 2012 ★
LONG ISLAND OFFICE

UPON THE APPLICATION of the United States by Burton T. Ryan, Jr., Assistant United States Attorney, on behalf of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, it is hereby

ORDERED that, above-captioned case be unsealed for all purposes.

Dated: Central Islip, New York.
      August 24, 2012

                                      SO ORDERED

                                      _____
                                      HON. A. KATHLEEN TOMLINSON
                                      UNITED STATES MAGISTRATE JUDGE
                                      EASTERN DISTRICT OF NEW YORK